denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

BANK OF NEW YORK and SELWYN K. FARRINGTON, as Successor Trustees under a Deed of Trust Dated June 5, 1925, GLADYS VIVIAN BUTLER, Beneficiary, v. THE NEW JERSEY TITLE GUARANTEE AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of KNICKERBOCKER VILLAGE, INC., against WILLIAM REID, as City Collector of The City of New York, JOSEPH D. MCGOLDRICK, as Comptroller of The City of New York, and THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. [See 256 App. Div. 973.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

EFFELL REALTY CORPORATION v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. [See 256 App. Div. 972.] Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.

In the Matter of the Application of JOHN F. BIRCH for an Order against IRVING V. A. HUIE, Commissioner of Public Works of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of SARA R. SOICHER and Others, for an Order under Article 78 of the Civil Practice Act, against PAUL J. KERN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York and Others.— Motion for leave to appeal to the Court of Appeals or for reargument, and for a stay, denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of THOMAS J. DEVENS, Individually, and as Commander of the American War Veterans in Public Welfare Agencies, Inc., and Others, for an Order against PAUL J. KERN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

LEXINGTON & FORTIETH CORPORATION and THE HOTEL CONCORD, INC., v. CORNELIUS CALLAGHAN and CATHERINE CALLAGHAN, Impleaded, etc. LEXINGTON & FORTIETH CORPORATION and THE HOTEL CONCORD, INC., v. LEXINGTON AVENUE AND 40TH STREET, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ELENORE B. TUCK and the NEW YORK TRUST COMPANY, as Trustees of the Trusts under the Last Will and Testament of HENRY TUCK, Deceased.— Motion for leave to appeal to the Court of Appeals granted. [See 256 App. Div. 971.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ELENORE B. TUCK and the NEW YORK TRUST COMPANY, as Trustees of the Trusts under the Last Will and Testament of HENRY TUCK, Deceased.— Motion for leave to appeal to the Court of Appeals granted. [See 256 App. Div. 971.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.